**Order entered May 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01369-CV

**IN THE INTEREST OF M.K.M., A CHILD**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-12692**

## ORDER

As directed to do so by our April 22, 2019 order, court reporter Elizabeth Neve Griffin has filed a supplemental reporter's record of hearings in this cause held May 29, 2018 and September 20, 2018. She has also filed written verification that a hearing held October 9, 2018 was not recorded.

The reporter's record of the trial and the clerk's record having previously been filed, it appears the record is now complete. Accordingly, we **ORDER** appellant to file his brief within thirty days of the date of this order.

/s/ KEN MOLBERG
JUSTICE